rari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 88–5126.   TALLMAN *v.* NORTHWEST ACUTE CARE CORP., DBA NORTHWEST HOSPITAL.   Appeal from Ct. App. Iowa;

No. 88–5141.   TALLMAN *v.* ORT ET AL.   Appeal from Ct. App. Iowa; and

No. 88–5254.   TALLMAN *v.* UNITED STATES ET AL.   Appeal from C. A. 8th Cir.   Motions of appellant for leave to proceed *in forma pauperis* denied.   Appellant is allowed until October 24, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit statements as to jurisdiction in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN, JUSTICE MARSHALL, and JUSTICE STEVENS, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would dismiss the appeals for want of jurisdiction and, treating the papers whereon the appeals would be taken as petitions for writs of certiorari, deny the petitions for writs of certiorari without reaching the merits of the motions to proceed *in forma pauperis*.

No. 88–5240.   BARGET *v.* BARGET.   Ct. Sp. App. Md.   Motion of petitioner for leave to proceed *in forma pauperis* denied.   Petitioner is allowed until October 24, 1988, within which to pay the docketing fee required by Rule 45(a) and to submit a petition in compliance with Rule 33 of the Rules of this Court.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

For the reasons expressed in *Brown* v. *Herald Co.*, 464 U. S. 928 (1983), we would deny the petition for writ of certiorari without reaching the merits of the motion to proceed *in forma pauperis*.

No. 87–7157.   IN RE HYLTON.   County Ct. at Law, Liberty County, Tex.;

No. 87–7183.   IN RE MCDONALD.   Sup. Ct. Tenn.;

No. 87–7220.   IN RE MCDONALD.   Sup. Ct. Tenn.;

No. 87–7236.   IN RE PEARSON.   Super. Ct. Ga., Clarke County; and

No. 88–5006.   IN RE MCDONALD.   Ct. Crim. App. Tenn.   Petitions for writs of common-law certiorari denied.